FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**

2015 JUL -9 PM 3: 11

CASE NO.: 6:15-cv-1113-ORL-41-KRS

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

AMBER MICHELLE JACKSON, as an
individual and on behalf of all others
similarly situated,

    Plaintiff,

v.

PUBLIX SUPER MARKETS, INC., a
Florida corporation,

    Defendant.
_____/

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1332(d), 1446, and § 1453(b), Defendant, Publix Super Markets, Inc. ("Publix"), a Florida corporation, removes this action from the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida to the Orlando Division of the United States District Court for the Middle District of Florida.

1.     Plaintiff, a citizen of Florida, has filed a self-styled class action complaint against Publix, a Florida corporation, seeking compensatory, punitive, and treble damages on behalf of an alleged class whose members include "[a]ll persons throughout the United States, who, within the four years preceding the filing of the Original Complaint… purchased one or more of the Products defined herein for personal use ('Class')." *See* Class Action Complaint, attached as Exhibit A, at ¶¶ 12, 55.

2.     <u>Removed Case</u>. On July 1, 2015, a civil action was filed in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, captioned *Jackson v. Publix*

1

*Super Markets, Inc.*, No. 2015-CA-001583-16B-W (the "State Court Action"). The State Court Action was commenced by the filing of a class action complaint (the "Class Action Complaint"). A true and correct copy of the Class Action Complaint is attached as Exhibit A.

3. <u>Timeliness of Removal</u>. Publix has removed this action in a timely manner. The Class Action Complaint was filed on July 1, 2015. Removal of this action is therefore timely under 28 U.S.C. §§ 1446(b)(1) because it has been made within thirty days after receipt by Publix of a copy of the initial pleading setting forth the claim for relief upon which the State Court Action is based.

4. <u>Subject Matter Jurisdiction</u>. Pursuant to the Class Action Fairness Act, this Court has subject matter jurisdiction over a class action meeting the following criteria:

> The district courts shall have original jurisdiction of any civil action in which the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and is a class action in which—
>
> (A) any member of a class of plaintiffs is a citizen of a State different from any defendant . . . .

28 U.S.C. § 1332(d)(2).

5. <u>Amount in Controversy</u>. As alleged by Plaintiff in paragraph 11 of the Class Action Complaint, the amount in controversy exceeds $5 million, exclusive of interest and costs. *See* Exhibit A at ¶ 11.

6. <u>Citizenship of Parties</u>. Because the class includes all persons throughout the United States who purchased one or more of the Products as defined by the Class Action Complaint, there is diversity of citizenship between at least one Plaintiff and Publix. *See* Exhibit A at ¶ 55.

7. <u>Attachment of State Court Documents</u>. True and correct copies of all process and pleadings served upon Publix in the State Court Action, including specifically copies of the Class

2

Action Complaint (Exhibit A) and Publix's Notice of Filing Notice of Removal (Exhibit B), are attached to this Notice. *See* 28 U.S.C. § 1446(a).

8.  Notice to the State Court. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to Plaintiff and to the Clerk of the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida. *See* Exhibit B.

**WHEREFORE**, this civil action is hereby removed to the United States District Court for the Middle District of Florida.

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2015, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

**GRAYROBINSON, P.A.**

*Counsel for Defendant,*
*Publix Super Markets, Inc.*
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

          /s/ Ted C. Craig
Ted C. Craig, FBN 794650
Ted.craig@gray-robinson.com
Anastasia Protopapadakis, FBN 51426
Anastasia.protopapadakis@gray-robinson.com

3

## SERVICE LIST

Michael T. Fraser, Esq/
The Fraser Law Firm, P.C.
4120 Douglas Blvd., Suite 306-262
Granite Bay, California 95746
Telephone: 888-557-5115
Facsimile: 866-212-8434
Email: mfraser@thefraserlawfirm.net
*Attorney for Plaintiff*